```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

MATEJ SVOBODA,                  )
                                )
           Plaintiff,           )           4:08CV3124
                                )
     v.                         )
                                )
TRI-CON INDUSTRIES, LTD.,       )              ORDER
                                )
           Defendant.           )
                                )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 17, is granted, and the deadline for filing the parties' Rule 26 planning report is extended to ten days following the court's ruling on the motion to dismiss, or November 3, 2008, whichever first occurs.

DATED this 19th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge