IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATEJ SVOBODA, | ) | 4:08CV3124 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRI-CON INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 19) is granted, as follows:

Plaintiff shall have until September 14, 2008, to respond to Defendant's motion to dismiss (filing 14).

August 26, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge