```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

MATEJ SVOBODA,                  )
                                )
     Plaintiff,                 )      4:08CV3124
                                )
     v.                         )
                                )      ORDER TO SHOW CAUSE
TRI-CON INDUSTRIES, LTD.,       )
                                )
     Defendant.                 )
```

This matter is before the court *sua sponte*. On July 14, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting (filing no. 13). On August 19, 2008, the deadline was extended to "ten days following a ruling on the motion to dismiss, or November 3, 2008, whichever first occurs" (filing no. 18). No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before January 26, 2009, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

Dated January 13, 2009.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge