IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATEJ SVOBODA, | ) | 4:08CV3124 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRI-CON INDUSTRIES, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 42) is granted, as follows:

Plaintiff shall have until October 12, 2009, to respond to Defendant's motion for summary judgment (filing 39).

September 14, 2009                BY THE COURT:

*Richard G. Kopf*
United States District Judge